# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH RODRIGUEZ MONTGOMERY,         Case No. SACV 15-1341-CJC (JEM)

        Petitioner,

  v.                                 **J U D G M E N T**

E. ARNOLD,

        Respondent.

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 1, 2017

                                       CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE